UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| A 1968 WHITE DODGE SUPERBEE, | ) | No. 7:10-CV-96-D |
| *VIN: WL2108A196362, AND ANY AND* | ) | |
| *ALL ATTACHMENTS THEREON; AND* | ) | |
| *ANY AND ALL PROCEEDS FROM THE* | ) | |
| *SALE OF SAID PROPERTY*, | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED THAT**:

1. Default judgment be and the same is hereby entered against the defendant;

2. All persons claiming any right, title, or interest in or to the said defendant is held in default;

3. The defendant is forfeited to the United States of America; and

4. The United States Marshal Service is hereby directed to dispose of the defendant according to law            .

**This Judgment Filed and Entered on June 27, 2011, and Copies To:**
Stephen A. West (Via CM/ECF Notice of Electronic Filing)

June 27, 2011   DENNIS P. IAVARONE, Clerk
Date                  Eastern District of North Carolina
                         /s/ Debby Sawyer
                         (By) Deputy Clerk

Raleigh, North Carolina